IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN WOLF, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BRADSHAW, *et al.*,<br><br>Defendants. | CV 24-00487 SASP-KJM |

ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 1, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss the Complaint for Failure to Prosecute (ECF No. 1)", ECF No. 50, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, May 19, 2025.



Shanlyn A.S. Park
United States District Judge